UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA-CHRISTINA BIRRELL, a.k.a. DAVID WESLEY BIRRELL,<br><br>Plaintiff,<br><br>v.<br><br>JOYCE BANZHAF, et al.,<br><br>Defendants. | No. 2:14-cv-1024 JAM CKD P (TEMP)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 19, 2016, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record

and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 19, 2016, are adopted in full; and

2. The following defendants are dismissed from this action without prejudice, pursuant to 28 U.S.C. Section 1915(b)(1): Shender, Cerda, Dovichi, Sewell, Grijalva, Sandoval, Volunteers of Vacaville, and California Medical Facility.

DATED: March 25, 2016

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE