UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA-CHRISTINA BIRRELL,<br><br>Plaintiff,<br><br>v.<br><br>JOYCE BANZHAF, et al.,<br><br>Defendants. | No. 2:14-cv-01024 JAM DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a complaint under 42 U.S.C. § 1983 alleging federal claims under the First and Fourteenth Amendments, as well as state claims for defamation and negligence. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 45.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed March 3, 2017 (ECF No. 45) are adopted in full;

2. Defendant Bravo's motion to dismiss (ECF No. 28) is granted in part and denied in part;

3. Plaintiff's due process claim is dismissed with prejudice; and

4. Plaintiff's motion for sanctions (ECF No. 36) is denied.

DATED: March 29, 2017

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE